UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

ROY H. MCLAUGHLIN, JR. (#399370)

VERSUS

TIM HOOPER, ET AL.

CIVIL ACTION

NO. 23-115-JWD-SDJ

**OPINION**

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated June 12, 2023 (Doc. 8), to which no objection was filed;

**IT IS ORDERED** that Plaintiff's claims, *except for Plaintiff's failure to protect claim asserted against Defendant Hooper*, are dismissed, with prejudice, for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §§ 1915(e) and 1915A.[2]

**IT IS FURTHER ORDERED** that Plaintiff is granted 21 days from the date of this Opinion to amend his Complaint to state additional facts pertaining to the alleged threats by Veal and Defendant Hooper's alleged knowledge of a risk harm to Plaintiff by inmate Veal.

**IT IS FURTHER ORDERED** that the exercise of supplemental jurisdiction over potential state law claims is declined, and that this matter is referred back to the Magistrate Judge for further proceedings herein.

Signed in Baton Rouge, Louisiana, on <u>July 14, 2023</u>.

_____
**JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**

---

[2] Plaintiff is advised that 28 U.S.C. § 1915(g) provides that, "In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section [Proceedings *in forma pauperis*] if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury."