UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ROY H. MCLAUGHLIN, JR. (#399370)                    CIVIL ACTION

VERSUS                                              NO. 23-115-JWD-SDJ

TIM HOOPER, ET AL.

<u>**OPINION**</u>

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated April 22, 2024 (Doc. 42), to which an objection (Doc. 45) was filed and considered;

**IT IS ORDERED** that Defendant's Motion to Dismiss (Doc. 22) is denied.

Signed in Baton Rouge, Louisiana, on <u>May 29, 2024</u>.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**